HANSON BRIDGETT LLP
MOHAMMAD WALIZADEH, SBN 233390
mwalizadeh@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for PET EXTREME, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CIRENA TORRES, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PET EXTREME, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:13-CV-01778 LJO-SAB<br><br>**ORDER ON STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

Plaintiff Cirena Torres and Defendant Pet Extreme, Inc., through their respective counsel, hereby agree and stipulate to continue the Mandatory Scheduling Conference, currently scheduled for February 18, 2014, to May 27, 2014, based on the following:

1. Defendant is assessing and currently pursuing insurance coverage in defense of Plaintiff's Class Action Complaint.  While Defendant's insurance coverage counsel has engaged the insurance carrier's representatives and counsel, a substantive determination of insurance coverage may take several more weeks or months.  The coverage determination may impact Defendant's defense of the lawsuit, as well as any potential settlement discussions.

2. The parties have engaged in meaningful settlement discussions.  Those discussions, however, are currently on hold until there is a further determination of

1

1 Defendant's insurance coverage.

2     3.    A continuance of the Mandatory Scheduling Conference will provide the
3 parties additional time to address the insurance coverage issue and potential settlement.

4     NOW, THEREFORE, the parties hereby stipulate to continue the Mandatory
5 Scheduling Conference, currently scheduled for February 18, 2014, to May 27, 2014, or a
6 later date pursuant to the Court's schedule and availability. The parties request entry of
7 an order approving this stipulation and confirming the continuance.

8 DATED: January 31, 2014        HANSON BRIDGETT LLP

10 By: /s/ Mohammad Walizadeh
11     MOHAMMAD WALIZADEH
    Attorneys for Defendant Pet Extreme, Inc.

12 DATED: January 30, 2014        CHANT & COMPANY
    A Professional Law Corporation

14 By: /s/ Chant Yedalian (as authorized on January 30, 2014)
15     CHANT YEDALIAN
    Attorneys for Plaintiff

18 **ORDER**

19     FOR GOOD CAUSE APPEARING, IT IS SO ORDERED that the Mandatory
20 Scheduling Conference currently set for February 18, 2014, at 9:30 a.m. is continued to
21 May 27, 2014, at 2:30 p.m. in Courtroom 9.

23 IT IS SO ORDERED.

24     Dated:  **January 31, 2014**

        UNITED STATES MAGISTRATE JUDGE