UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRENA TORRES,<br><br>               Plaintiff,<br><br>   vs.<br><br>PET EXTREME, INC.,<br><br>               Defendant.<br>_____/ | CASE NO. 1:13-CV-1778-LJO-SAB<br><br>**ORDER TO REFER MOTION TO MAGISTRATE JUDGE AND TO VACATE HEARING**<br>(Doc. 11.) |

      To expedite this matter and to promote best use of resources, this Court REFERS Plaintiff Cirena Torres's motion for preliminary approval of class action settlement (Doc. 11) to U.S. Magistrate Judge Stanley A. Boone to issue findings and recommendations or orders deemed appropriate. This Court VACATES the August 28, 2014 hearing on the motion set before U.S. District Judge Lawrence J. O'Neill and ORDERS the parties not to appear in Court at the time set for the hearing.

**SO ORDERED**
**Dated: July 17, 2014**

                                      **/s/ Lawrence J. O'Neill**
                                      **United States District Judge**