# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRENA TORRES, on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>PET EXTREME,<br><br>            Defendant. | Case No.  1:13-cv-01778-LJO-SAB<br><br>ORDER VACATING AUGUST 27, 2014 HEARING |

On July 11, 2014, the parties filed a motion for preliminary approval of the class action settlement in this action.  The Court, having reviewed the record, finds this matter suitable for decision without oral argument.  <u>See</u> Local Rule 230(g).  Accordingly, the previously scheduled hearing set on August 27, 2014 will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:   **August 25, 2014**

                                        UNITED STATES MAGISTRATE JUDGE

1