# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRENA TORRES, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>PET EXTREME,<br><br>        Defendant. | Case No.  1:13-cv-01778-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 11, 17, 18) |

    On July 11, 2014, the parties filed a motion for preliminary approval of the class action settlement in this action.  On July 17, 2014, the matter was referred to the magistrate judge for findings and recommendations.  On September 2, 2014, the magistrate judge issued findings and recommendations notifying the parties that objections were to be filed within fourteen days.  The parties filed a joint stipulation concerning amendments to the class action settlement on September 18, 2014.

    The joint stipulation provides that Defendants' cy pres beneficiaries shall be amended to Miss Winkles Pet Adoption (15%), Friends of Turlock Animal Shelter (20%), and Safe Cat Foundation (15%).  The parties request a final fairness and approval hearing on January 14, 2015.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted

1  a de novo review of this case. Having carefully reviewed the entire file, the Court finds the
2  Findings and Recommendations to be supported by the record and by proper analysis.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1.    The Findings and Recommendations, filed September 2, 2014, is adopted in full;
5      2.    The stipulation and settlement are preliminarily approved as fair, reasonable and
6          adequate within the meaning of Federal Rule of Civil Procedure 23 subject to
7          final consideration at the fairness hearing provided for below and preliminary
8          approval of the proposed Settlement upon the terms and conditions set forth in the
9          Agreement is granted.
10     3.    The following Settlement Class is certified for settlement purposes only:
11     a.    All consumers who, at any time during the period November 2, 2011 to October
12         18, 2013, were provided an electronically printed receipt at the point of a sale or
13         transaction at any Pet Extreme or Discount Pet store, on which receipt was printed
14         the expiration date of the consumer's credit card or debit card.
15     4.    For purposes of the Settlement, the above-defined Settlement Class meets all of
16         the requirements for class certification. For purposes of the Settlement, the
17         requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(3) are satisfied.
18     5.    Plaintiff Cirena Torres is appointed as the Class Representative for the Settlement
19         Class.
20     6.    Attorney Chant Yedalian of Chant & Company A Professional Law Corporation
21         is appointed as Class Counsel for the Settlement Class.
22     7.    The proposed manner of the notice of Settlement set forth in the Agreement is
23         approved. The size and contents of the Short-Form Notice 1, Short-Form Notice
24         2, Full Notice, and Claim Form attached as Exhibits 1, 2, 3 and 4, respectively, to
25         the Agreement are approved.
26     8.    The proposed manner of the notice of Settlement constitutes the best notice
27         practicable under the circumstances.
28     9.    Thirty-days prior to the fairness hearing, Class counsel shall file and serve all

papers in support of settlement, a request for an enhancement payment for the class representative, and any request for attorney fees and costs.

10. A final approval and fairness hearing is set before the Honorable Stanley A. Boone on January 14, 2015 at 10:00 a.m. in Courtroom 9 to determine whether the proposed settlement, on the terms and conditions set forth in the stipulation, is fair, reasonable, and adequate and should be approved by the court; to determine whether a judgment as provided in the stipulation should be entered finally approving the settlement; and to consider class counsel's applications for attorneys' fees, reimbursement of costs, and service payments. The court may continue the Final Fairness Hearing without further notice to the members of the class.

IT IS SO ORDERED.

Dated: **September 22, 2014**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE