# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRENA TORRES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PET EXTREME,<br><br>Defendant. | Case No.  1:13-cv-01778-LJO-SAB<br><br>ORDER AMENDING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 25)<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On January 15, 2015, this Court issued a findings and recommendations recommending granting final approval of the class action settlement in this action, and granting Plaintiff's motion for attorney fees, costs, and class representative incentive award.  In reviewing the findings and recommendations, the Court has found that although the caption advised the parties that objections were due within fourteen days, the Court inadvertently omitted the paragraph informing the parties within the document of the right to file objections.  Accordingly, the findings and recommendations filed January 15, 2015 are HEREBY AMENDED at 23:6 to include the following.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304.  Within fourteen (14) days of service of this recommendation, any party may file written objections to these

findings and recommendations with the Court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 839 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **February 4, 2015**

UNITED STATES MAGISTRATE JUDGE