1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| CIRENA TORRES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PET EXTREME,<br><br>Defendant. | Case No.  1:13-cv-01778-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEY FEES AND COSTS AND INCENTIVE AWARD TO CLASS REPRESENTATIVE<br><br>(ECF Nos. 20, 21, 23, 25, 26) |

17

18      On December 12, 2014, the parties filed a motion for final approval of the class action

19   settlement in this action.  The matter was referred to the magistrate judge for findings and

20   recommendations. (ECF No. 14.)  On January 15, 2015, the magistrate judge issued findings and

21   recommendations. (ECF No. 25.)  On February 5, 2015, an order issued amending the findings

22   and recommendations to notify the parties that objections were to be filed within fourteen days.

23   (ECF No. 26.)   More than fourteen days have passed and no objections to the findings and

24   recommendations have been filed.

25      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted

26   a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the

27   findings and recommendations to be supported by the record and by proper analysis.

28   ///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.      The findings and recommendations, filed January 15, 2015, is adopted in full;

3    2.      Final approval of the proposed settlement upon the terms and conditions set forth

4    in the agreement, as partially modified by the parties' stipulation regarding amendments to

5    Defendant's proposed charities (ECF No. 18) and the Court's September 23, 2014 Order (ECF

6    No. 19) is granted.

7    3.      The terms of the proposed Settlement are found to be fair, adequate and

8    reasonable and to comply with Rule 23(e) of the Federal Rules of Civil Procedure.

9    4.      The following settlement class is certified for settlement purposes only:

10
     All consumers who, at any time during the period November 2, 2011 to
     October 18, 2013, were provided an electronically printed receipt at the
11   point of a sale or transaction at any Pet Extreme or Discount Pet store, on
     which receipt was printed the expiration date of the consumer's credit card
12   or debit card.

13    5.      For purposes of the settlement, the above-defined settlement class is found to

14    meet all of the requirements of Rule 23(a) and 23(b)(2).

15    6.      The notice that has been provided to the settlement class members, as well as the

16    means by which it was provided constitutes the best notice practicable under the circumstances

17    and is in full compliance with the United States Constitution and the requirements of due process

18    and Rule 23 of the Federal Rules of Civil Procedure.  Further, such notice fully and accurately

19    informed settlement class members of all material elements of the lawsuit and proposed class

20    action settlement, of each member's right to be excluded from the settlement, and each member's

21    right and opportunity to object to the proposed class action settlement and be heard at the final

22    approval (fairness) hearing.

23    7.      No settlement class members have timely requested exclusion from the

24    settlement.

25    8.      No settlement class members have timely objected to the settlement.

26    9.      No settlement class members have timely requested to appear or be heard at the

27    final approval hearing.

28    10.     All settlement class members who did not timely exclude themselves from the

2

1  settlement are bound by the agreement, including the releases contained in paragraphs 17 and 18

2  of the agreement.

3       11.   The parties are directed to effectuate all terms of the settlement and the

4  agreement.

5       12.   Reasonable attorney fees in the amount of $118,750.00 are awarded to Class

6  Counsel Chant Yedalian of Chant & Company A Professional Law Corporation.  Defendant Pet

7  Extreme, Inc. is directed to make payment of this award to Class Counsel pursuant to the terms

8  of the agreement.

9       13.   Class representative Cirena Torres is awarded an incentive of $2,500.00 in

10 compensation for her service as the representative of the settlement class.  Defendant Pet

11 Extreme, Inc. is directed to make payment of this award to the class representative pursuant to

12 the terms of the agreement.

13      14.   The parties shall bear their own fees and costs except as expressly provided in the

14 agreement.

15      15.   This action is dismissed with prejudice in accordance with the terms of the

16 agreement; however, the Court shall retain continuing jurisdiction to interpret, implement and

17 enforce the settlement, and all orders and judgment entered in connection therewith.

18      16.   The Clerk of the Court is directed to close this action.

19
20 IT IS SO ORDERED.

21  Dated:   **February 24, 2015**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

3